ACCEPTED
04-16-00249-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/7/2016 5:37:27 PM
KEITH HOTTLE
CLERK

NO. 04-16-00249-CV

COURT OF APPEALS

FOURTH DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

7/7/2016 5:37:27 PM

KEITH E. HOTTLE
Clerk

IN RE: RAMIRO AGUILAR, JR.

ANTHONY C. AGUILAR and MICHAEL A. AGUILAR
Appellants,

vs.

MARGARET MORALES,
Appellee.

On Appeal from Cause No. 2012-PC-2800 from
Statutory Probate Court 2
Bexar County, Texas

**APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL**

ANTHONY C. AGUILAR
11405 North Loop
El Paso, Texas 79927-9523
(915) 858-0225
tonyaguilar@yahoo.com
Tex. Bar No. 00936000

VICTOR FALVEY
ATTORNEY FOR MICHAEL A. AGUILAR
8732 Alameda
El Paso, Texas 79907
(915) 858-0665
(915) 858-3116 fax
falvictorvey@msn.com
Tex. Bar No. 06800200

1

TO THE HONORABLE COURT:

Comes now Anthony C. Aguilar and Michael A. Aguilar [the Aguilars] and files this Motion to Dismiss Appeal and as grounds therefore would show the Court the following.

1. As the Court is aware, there is no mandatory manner to close a probate Estate. There must be a showing there is no necessity for further administration of the Estate, that the debts and taxes have been paid and the assets distributed to the beneficiaries. Each of the three requirements has been met. Margaret Morales has stated there is no necessity for further administration of the Estate, that all debts and taxes have been paid and the assets of the Estate have been distributed. Additionally, there is an Order approving the final accounting and there is another Order containing a "Mother Hubbard" clause concerning pending matters in the probate court. The Order approving the final accounting contained a statement concerning a declaratory judgment action and closing the Estate. But the Order approving the final accounting coupled with the distribution of the assets of the Estate and then the Order containing a "Mother Hubbard" clause closed the Estate and nullified any declaratory judgment action.[1]

---

[1] The Aguilars submit Morales may take the position the Estate is not closed but she cannot deny she has stated there is no necessity for further administration of the Estate, that the taxes and debts have been paid and that the assets of the Estate have been distributed. The Order containing the Mother Hubbard clause was prepared and submitted for signature by counsel for Margaret Morales.

2. Unfortunately there will be other appeals but the factual issues that were to be raised in this appeal will be part of the new appeal(s).

Certificate of Conference.  Anthony C. Aguilar certifies he conferenced with Laura Cavaretta concerning this Motion.  She does not oppose the Motion.

Wherefore, Premises Considered, the Aguilars pray the above appeal be dismissed.

Respectfully Submitted,

/s/ Anthony Aguilar_____
ANTHONY C. AGUILAR
11405 North Loop
El Paso, Texas 79927
(915) 858-0225
(915) 858-5051 fax
tonyaguilar@yahoo.com
Tex. Bar No. 00936000


/s/ Victor Falvey_____
VICTOR FALVEY
Attorney for Michael A. Aguilar
8732 Alameda
El Paso, Texas 79907
(915) 858-0665
(915) 858-3116 fax
falvictorvey@msn.com
Tex. Bar No. 06800200


CERTIFICATE OF COMPLIANCE:  Pursuant to Rule 9.4(i) (3), I certify that, according to my computer, this document contains 500 words.

/s/ Anthony Aguilar_____
ANTHONY C. AGUILAR

3

CERTIFICATE OF SERVICE

I certify a copy of the foregoing was served on Laura Cavaretta designated lead attorney for Margaret Morales by electronic service to cavarettal@ckl-lawyers.com on July 7, 2016.

/s/ Anthony Aguilar_____
ANTHONY C. AGUILAR